IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-01064-NRN

EMILY CARPEY and STUART CARPEY,
Individually and on behalf of all others
Similarly situated

Plaintiffs,

v.

UNIVERSITY OF COLORADO, BOULDER,
through its Board, THE BOARD OF REGENTS
OF THE UNIVERSITY OF COLORADO, a body corporate

Defendants.
_____

ORDER OF RECUSAL
_____

Entered by Magistrate Judge N. Reid Neureiter

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

A member of my staff could be a member of both of the classes proposed by Plaintiffs in the Complaint. I believe that my impartiality might reasonably be questioned if I were to sit on this matter under such circumstances.

Accordingly, it is hereby ORDERED that I recuse myself from this case. It is further ORDERED that the Clerk of Court cause this case to be reassigned to another Judge.

Dated this 16th day of April, 2020.

BY THE COURT

*N. Reid Neureiter*

N. Reid Neureiter
United States Magistrate Judge
