IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:  1:20-cv-01064-SKC

EMILY CARPEY and STUART
CARPEY, individually and on behalf
of all others similarly situated,

                Plaintiff,

     -against-

UNIVERSITY OF COLORADO,
BOULDER, through its Board, THE
BOARD OF REGENTS OF THE
UNIVERSITY OF COLORADO, a
body corporate,

                Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

      COMES NOW the Plaintiffs, Emily Carpey and Stuart Carpey, individually and on behalf of all others similarly situated, by and through undersigned counsel, and does hereby request the Clerk of Court dismiss this action *without prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Defendant has not appeared and Plaintiffs, by and through their undersigned counsel, hereby dismiss their claims asserted in the above-captioned action <u>without prejudice</u>.  Each Party shall bear its own costs and fees.

      This 27th day of July, 2020.

                      [SIGNATURE ON FOLLOWING PAGE]

Respectfully Submitted,

**ANASTOPOULO LAW FIRM, LLC**

__/S/ Roy T. Willey, IV___
Eric M. Poulin
Roy T. Willey, IV
32 Ann Street
Charleston, SC 29403
(843) 614-8888

**TAUSSIG & SMITH**

John Taussig
5377 Manhattan Circle, #203
Boulder, CO 80303

**ATTORNEYS FOR PLAINTIFF(S)**

Charleston, South Carolina
July 27, 2020